Rel: November 8, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0183

Michael Moore v. Alabama Power Company (Appeal from Montgomery Circuit Court: CV-23-901323).

STEWART, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Wise, Sellers, and Mendheim, JJ., concur.

Cook, J., recuses himself.